# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**PAUL EDWARD TORNERO,**       :

    **Petitioner**                      :

                                  **CIVIL ACTION NO. 3:15-1587**

**v.**                                      :

                                  **(Judge Mannion)**

**LEBANON COUNTY COURT,**       :
**OF COMMON PLEAS,**
    **Respondent**                  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as untimely. *See* 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. *See* 28 U.S.C. §2253(c).

                                        s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Date: April 6, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1587-01-ORDER.wpd